UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANICE MILLER and WILLIE GUY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:14-cv-926 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| CALHOUN COUNTY SHERIFF'S DEPARTMENT, | ) ) | |
| Defendant. | ) ) | |

**JUDGMENT**

The Court has dismissed the pending claims in this lawsuit for lack of prosecution. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   July 21, 2015                                         /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge